ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 DEC 10 A 9:33
CLERK [signature]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| THELMA PAULDO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 308-011 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and this case is **REMANDED** to the Commissioner for further consideration in accordance the Court's opinion.

SO ORDERED this 10th day of December, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE